AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Tennessee

RECEIVED BY: HW
DATE: 12·21·23   TIME: 1050
U.S. MARSHAL  E/TN
KNOXVILLE, TN

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:23-CR-130 |
| AMBER MOODY | ) | |
| | ) | SEALED |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Amber Moody ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. § 2251(a) and (e) - Conspiracy to Produce Child Pornography

Date: 12/20/23

City and state:   Knoxville TN

*Issuing officer's signature*
U.S. Magistrate Judge
LEANNA R. WILSON, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 12/20/23 , and the person was arrested on *(date)* 01/02/24
at *(city and state)* ACINTOSH GA .

Date: 01/02/24

*Arresting officer's signature*
JAMES F. TURNER   DEPUTY
*Printed name and title*

FID: 11625950
2474-1221-0310-J

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: **Amber Moody**
Known aliases: **Amber Jean Moody**
Last known residence: **1142 caton Rd NE Townsend GA 31331**
Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth: **03/28/2022**
Social Security number: **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**
Height: **5' 04"**           Weight: **95**
Sex: **Female**              Race: **White**
Hair: **Brown**              Eyes: **Hazel**
Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: **KPD-ICAC TFO John Williams (DHS/ICE/HSI)**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____